IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

~~(    )~~ Fred Stallworth  )
Full name and prison number )
of plaintiff(s)             )
                            )   RECEIVED
                            )   2006 JUN 15 A 10: 46
v.                          )
                            )   CIVIL ACTION NO. 2:06cv533-WHA
Anthony Clark               )   (To be supplied by Clerk of
                            )    U.S. District Court)
Amanda Barefoot             )
_____        )
_____        )
_____        )
Name of person(s) who violated  )
your constitutional rights. )
(List the names of all the  )
persons.)                   )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Covington County Jail 290 Hillcrest Dr, Andalusia AL 36420

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED 290 Hillcrest Dr Andalusia AL 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                   ADDRESS

1. Anthony Clark - 290 Hillcrest Dr Andalusia AL 36420
2. Amanda Barefoot - 1515 Bypass East, Andalusia AL 36420
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May, 17, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Harassment and intimidating causing Plaintiff to be arrested and imprisonment

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON OR About tHE DEFENDANT AMANdA BAREFooT HARASS ANd intimidAting CAUSiNg THE DEFENDANT ANTHONY CLARK to ARREST THE PLAiNtiFF ANd imPRiSoNmENt BECAUSE PLAiNtiFF FAiL to PAY tHE SUM of $4,000 +$250

GROUND TWO: FOR NONSUPPORt. THE PLAiNtiFF is A indigent FATHER, ALtHougH AN indigent

SUPPORTING FACTS: FATHER CAN Not bE SENTENCEd to JAiL iN STAtE CoNtEMPt PROCEEdiNg UNLESS HE is REPRESENTEd At HEARiNg by CouNSEL. PLAiNtiFF HAVE NO CouNSEL To REPRESENt Him At ANY TimE At ANY HEARiNg.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff have not any property, real or personal, exceeding $20 in except such as is by law exempt from being taken on civil process for debt; and that plaintiff have no property in any way conveyed or concealed, or in any way disposed of for his future use or benefit, so help him god. Please order a discharge or a $1,000 a day for incarceration and $200,000 for harassment.

_Fred Stallworth_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 6-12-06
(Date)

_Fred Stallworth_
Signature of plaintiff(s)

4