AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:06CV533-WHA

Defendant

I, FRED STALLWORTH, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant         ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Covington County Jail

    Are you employed at the institution? No   Do you receive any payment from the institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Powera Rail Const Andalusia AL 36420 '06

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes   ☒ No
    b. Rent payments, interest or dividends              ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
    d. Disability or workers compensation payments       ☐ Yes   ☒ No
    e. Gifts or inheritances                             ☐ Yes   ☒ No
    f. Any other sources                                 ☐ Yes   ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    NONE

I declare under penalty of perjury that the above information is true and correct.

_6-12-06_    _Fred Stallworth_
Date    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

INSTITUTION ACCOUNT

I CERTIFIED THAT INMATE FRED STALLWORTS HAS THE SUM OF $3.81 AT THE COVINGTON COUNTY JAIL, I ALSO CERTIFIED FOR THE SHOWING AT LEAST THE PAST SIX MONTHS TRANSACTION

FOR THE MONTH OF JAN SUM OF AMOUNT -0-
FEB SUM OF AMOUNT -0-
MAR SUM OF AMOUNT -0-
APR SUM OF AMOUNT -0-
MAY SUM OF AMOUNT ____
JUN SUM OF AMOUNT $6.23

6-12-06
DATE

Larry Selman
INSTITUTION OFFICER

```
           SWANSON SERVICES CORPORATION
            BIRMINGHAM SERVICE CENTER
              Or COVINGTON COUNTY, AL
filled by  ISO                  delivered by  DH
         ** Must show ID to receive Order**
Name        STALLWORTH, FREDERICK
Account # 418962775                Receipt # A57500
Order Slip # 99   - 79JR0237       Date 06/07/2006
Location
Bal After Order $3.81
Item   Qty     Description            Cost    Short
2003    1      M&M PEANUTS            0.75
5401    1      CINNAMON ROLL          0.88
3010    1      BASIC REGULAR COVINGTON 3.75
5316    1      PEANUT BUTTER COOKIE   0.85

                                Total    $6.23

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed _____
```